JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ANTONIO FRANCO,<br><br>              Petitioner,<br><br>       v.<br><br>DAVID HOLBROOK, Warden,<br><br>              Respondent. | Case No. 5:20-cv-02423-VAP (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of TONY ANTONIO FRANCO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 3, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE